11 So.3d 460 (2009)
UNICCO SERVICE COMPANY, Appellant,
v.
MIAMI-DADE COUNTY, Appellee.
No. 3D08-901.
District Court of Appeal of Florida, Third District.
June 17, 2009.
Luks, Santaniello, Perez, Petrillo & Gold and Orestes Perez, Miami, for appellant.
Griffin & Serrano and Eric D. Griffin, Jr., for appellee.
Before COPE, CORTIÑAS, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. Metro. Dade County v. CBM Indus. of Minn., Inc., 776 So.2d 937 (Fla. 3d DCA 2000).